AO 91 (Rev. 11/11)   Criminal Complaint

**LODGED**
CLERK, U.S. DISTRICT COURT
03/08/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP  DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
March, 8, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KC  DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Juan De Dios-Alvarez, aka "Juan De Dios" "Oscar Macias," | ) Case No. 5:21-mj-00148 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 10, 2021__ in the county of __Riverside__ in the __Central__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), and (b)(2 | Illegal Re-entry of a Deported or Removed Alien |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

/S/
Complainant's signature

Deportation Officer Carlos Martinez
Printed name and title

Sworn to and attested before me via telephone:
~~Sworn to before me and signed in my presence.~~

Date: March 8, 2021

City and state: Riverside, CA

[Judge's signature]
Hon. Sheri Pym, U.S. Magistrate Judge
Printed name and title

*AUSA:* B. Tuyay

**AFFIDAVIT**

I, Carlos Martinez Jr., being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), United States Immigration and Customs Enforcement ("ICE"), and I have been so employed since September 2006. I am currently assigned to the San Bernardino Office of Enforcement and Removal Operations. I have experience reviewing immigration files, removal proceedings and executed final orders of removal.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint charging JUAN DE DIOS-ALVAREZ, also known as ("aka") "Juan De Dios," aka "Oscar Macias," ("DE DIOS-ALVAREZ"), with a violation of Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. **PROBABLE CAUSE**

4. On or about November 13, 2020, ICE Deportation Officer Christopher Barth ("DO Barth") informed me of the following:

    a. On or about November 13, 2020, DO Barth checked law enforcement databases and learned that DE DIOS-ALVAREZ had renewed his California driver's license. DO Barth initiated an investigation based on this information about DE DIOS-ALVAREZ.

    b. On or about February 10, 2021, DO Barth conducted surveillance and saw DE DIOS-ALVAREZ outside of his residence located in Riverside, California.

5. Based on my training and experience, I know that the United States Department of Homeland Security ("DHS") maintains Alien Registration Files ("A-Files") which contain immigration records for aliens admitted to or found within the United States. Based on my experience reviewing numerous A-Files, I know that they contain photographs, fingerprints, court records, and records of deportations or removals relating to the alien for whom DHS maintains the A-File.

6. On or about March 1, 2021, I obtained and reviewed the DHS A-File A077 228 413, which is maintained for the subject alien "JUAN DE DIOS-ALVAREZ." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A077 228 413 corresponds. While conducting surveillance of DE DIOS-ALVAREZ's residence in Riverside, California on February 10, 2021, DO Barth saw DE DIOS-ALVAREZ and confirmed that DE DIOZ-ALVAREZ matched the photograph of the subject contained in

DHS A-file A077 228 413 and other information in the A-File corresponded to DE DIOS-ALVAREZ.

  b. Removal Orders showing that DE DIOS-ALVAREZ was ordered removed from the United States to Mexico on May 1, 2006 and May 4, 2006.

  c. Executed I-205 Warrants of Removal/Deportation and I-296 Notice to Alien Ordered Removed/Departure Verification indicating that DE DIOS-ALVAREZ was ordered removed and deported from the United States on August 26, 2000; May 1, 2006; May 19, 2006; and August 20, 2012. I know from my training and experience that an I-205 Warrant of Removal/Deportation and I-296 Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (or its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed I-205 Warrants of Removal/Deportation and I-296 Notice to Alien Ordered Removed/Departure Verification in DE DIOS-ALVAREZ's A-File contains his photograph, signature, and fingerprint.

  d. A certified copy of conviction record, from the Superior Court of the State of California, County of San Bernardino, case number FWV08974, showing that DE DIOS-ALVAREZ was convicted on or about April 16, 1996, of Sell or Transportation of a Controlled Substance, to wit, Cocaine in violation of California Health and Safety Code Section 11352(a), for which DE DIOS-ALVAREZ was sentenced to 270 days in jail.

3

      e.    A copy of conviction record, from the United States District Court, Southern District of California, case number 06-po-10296-001-JRI, showing that DE DIOS-ALVAREZ was convicted on or about May 4, 2006, of Illegal Entry, in violation of Title 8, United States Code, Section 1325, for which DE DIOS-ALVAREZ was sentenced to 15 days in prison.

      f.    A certified copy of conviction record, from the Superior Court of the State of California, County of Yolo, case number 11-3666, showing that DE DIOS-ALVAREZ was convicted on or about September 15, 2011, of Battery with Serious Bodily Injury in violation of California Penal Code Section 243(d), for which DE DIOS-ALVAREZ was sentenced to two years in prison.

      g.    Various documents, in addition to the Warrant of Removal/Deportation, indicating that DE DIOS-ALVAREZ is a native and citizen of Mexico. These documents include: (i) Final Orders of Deportations, dated May 1, 2006 and May 4, 2006, ordering DE DIOS-ALVAREZ deported to Mexico; and (ii) a Record of Sworn Statement for Reinstatement dated August 1, 2012 in which DE DIOS-ALVAREZ admitted that he is a citizen and native of Mexico.

      h.    On or about March 1, 2021, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII databases track and record arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that DE DIOS-ALVAREZ had been convicted of the crimes

reflected in the documents contained in the DHS A-File, described above.

7.   On or about March 1, 2021, I reviewed the printouts of ICE computer indices on DE DIOS-ALVAREZ. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE, was deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that DE DIOS-ALVAREZ had been deported on the same dates indicated on the Warrants of Removal/Deportation and Notice to Alien Ordered Removed/Departure Verification found in the DHS A-File. The ICE computer indices further indicated that DE DIOS-ALVAREZ had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since DE DIOS-ALVAREZ had last been deported on August 20, 2012.

8.   I reviewed DE DIOS-ALVAREZ's A-File and determined that there are no records in his A-File showing that he has applied for, or received permission from, the Attorney General or his designated successor, or the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to lawfully re-enter the United States after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

## IV. CONCLUSION

9. Based on the foregoing, I submit that there is probable cause to believe that DE DIOS-ALVAREZ has violated Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

/S/
Carlos Martinez Jr.
Deportation Officer, ICE

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 8th day of March, 2021.

HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE